Darrell L. SMELTZER; George R. Gutierrez, Plaintiffs–Appellants,

Jon D. Watts, Plaintiff,

v.

MEDTOX LABORATORIES, INC., a Delaware corporation; Burlington Northern Santa Fe Railroad Company, a Delaware corporation, Defendants–Appellees.

No. 06–3204.

United States Court of Appeals, Eighth Circuit.

Submitted: May 18, 2007.

Filed: June 13, 2007.

Mark Wentworth Bay, Peterson & Engberg, Minneapolis, MN, for Plaintiff.

William F. Davern, Cousineau & McGuire, Minneapolis, MN, Delores Faye Caldwell, Caldwell & Clinton, Houston, TX, Rodney A. Honkanen, Spence & Ricke, St. Paul, MN, for Defendants–Appellees.

Before BYE, BEAM, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Darrell Smeltzer and George Gutierrez appeal the district court's [1] adverse grant of summary judgment in their negligence action brought against Medtox Laborato-

ries, Inc. and Burlington Northern Santa Fe Railroad Company. Having carefully reviewed the record and the parties' submissions on appeal, we agree summary judgment was proper for the reasons stated by the district court. *See Sallis v. Univ. of Minn.*, 408 F.3d 470, 474 (8th Cir.2005) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.